# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Case No. 08-CV-02374-RPM-KLM**

**VIVIAN COLEMAN,**

    **Plaintiff,**

v.

**CONTINENTAL AIRLINES, INC.,**

**Defendant.**

___

## ORDER OF DISMISSAL
___

Pursuant to the *Joint Motion to Dismiss With Prejudice,* filed on September 23, 2009, it is.

ORDERED that the *Joint Motion to Dismiss With Prejudice* is GRANTED and that all claims in dispute between Plaintiff Vivian Coleman and Defendant Continental Airlines, Inc., are dismissed with prejudice to refilling. All attorneys' fees and costs will be borne by the party incurring same.

DATED this 24th day of September, 2009.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge